O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CAROL LEE JOHNSON,** | ) | NO. EDCV 12-00435-MAN |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| **CAROLYN W. COLVIN,**[1] **Acting Commissioner of Social Security,** | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: July 1, 2013

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action. (See Fed. R. Civ. P. 25(d).)